

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00559-CV

**HILL COUNTRY SAN ANTONIO MANAGMENT SERVICES, INC.**
a.k.a. Hill Country Achievement,
Appellant/Cross-Appellee

v.

Rachel **TREJO** as next friend of Rene Trejo,
Appellee/Cross-Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20045
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Costs of this appeal are taxed against Appellant Hill Country San Antonio Management Services, Inc. a/k/a Hill Country Achievement.

SIGNED February 12, 2014.

_____
Patricia O. Alvarez, Justice